**Daniel J. HANKINS, Successor Trustee of the Oliver W. Anderson and Dolly A. Anderson Living Trust Agreement Dated February 10, 1990, and Daniel J. Hankins, Individually, Respondent,**

v.

**Abram C. ABEYTA, et al., Appellants.**

No. WD 73169.

Missouri Court of Appeals, Western District.

Dec. 13, 2011.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 31, 2012.

Application for Transfer Denied May 1, 2012.

Gwen A. Edwards, Kansas City, MO, for Appellants.

Steven M. Petry, Gladstone, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., CYNTHIA L. MARTIN, and GARY D. WITT, JJ.

**ORDER**

PER CURIAM:

Mr. Abram Abeyta appeals from the trial court's judgment awarding money damages to Mr. Daniel J. Hankins and the Oliver W. Anderson and Dolly A. Anderson Living Trust and voiding an amendment to the Trust in which Mr. Abeyta was named as residuary beneficiary.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).